UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YANIV ISRAELI,                                    Index No.: 14 CV. 9244 (MHD)

                Plaintiff,

   -against-                                           JUDGMENT

JOSE D. RUIZ and FIERMAN PRODUCE
EXCHANGE, INC.,

                Defendants.
------------------------------------------------------------------X

      Noting that the issues in the above entitled civil action for damages due to claims of negligence having come to be heard at trial by a jury on the issue of liability and damages against defendants JOSE D. RUIZ and FIERMAN PRODUCE EXCHANGE, INC. before Hon. Magistrate Judge Michael H. Dolinger of this United States District Court, Southern District of New York, held at the courthouse located at 500 Pearl Street, New York, New York 10007-1312 from August 10 to August 13, 2015.

      And the plaintiff, YANIV ISRAELI, having appeared by his legal counsel and attorney of record, DIMITRI KOTZAMANIS, ESQ., a partner in the law firm of SHAEVITZ SHAEVITZ & KOTZAMANIS.

      And the issues having been duly tried;

      And the jury, after due deliberation, having returned verdicts on August 13, 2015 in favor of the plaintiff, YANIV ISRAELI and against defendants, JOSE D. RUIZ and FIERMAN PRODUCE EXCHANGE, INC. on the issues of liability and damages and particularly having returned a verdict against defendants JOSE D. RUIZ and FIERMAN PRODUCE EXCHANGE,

INC. in the sum of ONE MILLION ONE HUNDRED FIFTY THOUSAND DOLLARS ($1,150,000.00) for past pain and suffering and ONE MILLION SIXTY THOUSAND DOLLARS ($1,060,000.00) for future pain and suffering over a 40-year period and further having returned a verdict assessing comparative negligence against Defendant JOSE D. RUIZ and Plaintiff YANIV ISRAELI at 50% each, the above totals that are to be awarded to Plaintiff YANIV ISRAELI are FIVE HUNDRED SEVENTY-FIVE THOUSAND DOLLARS ($575,000.00) for past pain and suffering and FIVE HUNDRED THIRTY THOUSAND DOLLARS ($530,000.00) for future pain and suffering over a 40-year period and the parties having stipulated that on the basis of the jury's comparative negligence verdict, the amount of medical expenses recoverable by the Plaintiff YANIV ISRAELI totals FIFTY-EIGHT THOUSAND ONE HUNDRE FIFTY-SIX DOLLARS AND FIFTY-EIGHT CENTS ($58,156.58), and submissions on the present value of the verdict for future pain and suffering having been provided by respective counsel, it is hereby **ORDERED, ADJUDGED & DECREED** as follows:

That the plaintiff, YANIV ISRAELI, known to be residing at 240 Prospect Avenue, Apartment 882, Hackensack, New Jersey 07601 may now recover against the defendants JOSE D. RUIZ and FIERMAN PRODUCE EXCHANGE, INC. at their last known address as follows:

JOSE D. RUIZ
1102 Stratford Avenue
Bronx, New York 10472

FIERMAN PRODUCE EXCHANGE, INC.
P.O. Box 84
Brooklyn, New York 11232

And that Judgment is entered against them in the sum of:   $1,183,141.94

Plaintiff is entitled to interest on the above sum pursuant to 28 U.S.C. Section 1961 from the date of entry of judgment herein.

And that the plaintiff has execution therefore, and the Clerk of this Court is directed to enter judgment accordingly.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

**JUDGMENT ENTERED ON THE**
___24th___ DAY OF ___August___, 2015.